SOHN MANUFACTURING INC.,
Plaintiff-Appellant-Petitioner,

SECURA INSURANCE, Plaintiff-Appellant,

v.

LABOR AND INDUSTRY REVIEW COMMISSION and
Tanya Wetor, Defendants-Respondents.

Supreme Court

*No. 2012AP2566. Oral argument September 23, 2014.
—Decided October 7, 2014.*

2014 WI 112

(Also reported in 854 N.W.2d 371.)

For the plaintiff-appellant-petitioner, there were briefs by *Steven A. Nigh, Charles B. Palmer, Denise L.*

*Greathouse, Kelly R. Rourke,* and *Michael Best & Friedrich LLP,* Waukesha. Oral argument by *Steven A. Nigh.*

For the defendant-respondent Labor and Industry Review Commission, the cause was argued by *Anthony D. Russomanno,* assistant attorney general, with whom on the brief was *J.B. Van Hollen,* attorney general.

¶ 1. PER CURIAM. The court is evenly divided upon the question of affirmance or reversal. That results in affirmance of the judgment of the court of appeals and thus of the Labor and Industry Review Commission. Chief Justice Shirley S. Abrahamson, Justice Ann Walsh Bradley and Justice N. Patrick Crooks would affirm. Justice Patience Drake Roggensack, Justice Annette Kingsland Ziegler, and Justice Michael J. Gableman would reverse. Justice David T. Prosser did not participate. Accordingly, the decision of the court of appeals is affirmed.